IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY WRIGHT PERRIN                                                                PLAINTIFF

v.                                    No. 4:23-cv-880-DPM

JULIAN LOTT, Individually and in his official
capacity as Mayor of Camden, Arkansas and
CITY OF CAMDEN, a municipal corporation                       DEFENDANTS

ORDER

Motion to transfer venue, *Doc. 8*, denied as moot. Unopposed motion to remand, *Doc. 10*, granted. The parties agree that remand is proper under this Court's reasoning in *Doc. 24* in *Hampton Pugh Co., LLC v. Monsanto Co.*, Case No. 3:17-cv-200-DPM (E.D. Ark. 4 January 2018). *Doc. 15-2 at 2*. This case is remanded to the Circuit Court of Ouachita County, Arkansas. 28 U.S.C. § 1447(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2023